IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>PABLO RUIZ-HERNANDEZ,<br><br>        Defendant. | **4:12CR3122**<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The defendant's unopposed motion to withdraw his motion to suppress, with prejudice, is granted.

2) The suppression hearing scheduled for February 28, 2013 is cancelled.

February 27, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge